# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA CHAVEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF PORTERVILLE, et al.,<br><br>             Defendants. | Case No. 1:22-cv-00794-DAD-SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Plaintiff Cecilia Chavez filed a complaint and an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on June 27, 2022. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

2.  The Clerk of Court is DIRECTED to issue a summons; and

3.  The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendants as directed by the plaintiff.

IT IS SO ORDERED.

Dated:  **June 29, 2022**             /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE