# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA CHAVEZ,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PORTERVILLE, et al.,<br>　　　　Defendants.<br>_____/ | Case No. 1:22-cv-00794-ADA-SKO<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>(Doc. 13) |

　　　　On June 27, 2022, Plaintiff Cecilia Chavez filed this civil rights action against Defendants City of Porterville, Officer Martinez, and Officer Lara.  (Doc. 1.)  On October 24, 2022, Plaintiff filed the present Motion for Leave to Amend the Complaint (the "Motion").  (Doc. 13.)  Plaintiff seeks leave to include additional plaintiffs, defendants, and causes of action, and to clarify the facts alleged.  (Doc. 13 at 1-2.)  Plaintiff contends that granting the Motion will not require any modification of the existing scheduling order, which specified a deadline of December 2, 2022, to seek leave to amend the complaint.  (Doc. 13 at 3-4.)

　　　　On October 28, 2022, Defendants filed a statement of non-opposition to the Motion.  (Doc. 15.)  With no showing of bad faith or prejudice to Defendants (as evidenced by the lack of opposition to the Motion), the Court hereby GRANTS the Plaintiff's Motion.  It is hereby ORDERED that **by**

//

//

**no later than November 7, 2022**, Plaintiff shall file an amended complaint conforming to the proposed amended complaint filed as Exhibit 1 to the Motion. (*See* Doc. 13-1.)

IT IS SO ORDERED.

Dated:   **November 1, 2022**              /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE