# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA CHAVEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PORTERVILLE, et al., <br><br> Defendants. | Case No.: 1:22-cv-00794-ADA-SKO <br><br> ORDER GRANTING APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFFS E.P., N.C., A.H., & M.M. <br><br> (Docs. 23 & 24) |

On November 4, 2022, Plaintiff Cecilia Chavez filed applications for appointment as guardian ad litem for her minor children, Plaintiffs E.P., N.C., A.H., and M.M.  (Docs. 23 & 24.)  Having considered the applications and supporting declarations, the Court finds that good cause appears to appoint Plaintiff Cecilia Chavez as minor Plaintiffs E.P.'s, N.C.'s, A.H.'s, and M.M.'s guardian ad litem pursuant to Federal Rule of Civil Procedure 17(c)(2).  *See* E.D. Cal. Local Rule 202(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff Cecilia Chavez is APPOINTED as the guardian ad litem for minor Plaintiffs E.P., N.C., A.H., and M.M.

IT IS SO ORDERED.

Dated:   **November 8, 2022**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE