STANLEY GOFF, Bar No. 289564
15 Boardman Place, Suite 2
San Francisco, California 94103
Telephone: (415) 571-9570
Email: goffs@mail2world.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECILIA CHAVEZ** | CASE NO.: 1:22-cv-00794-ADA-SKO |
| **Plaintiff,** | **(PROPOSED) ORDER** |
| v. | |
| **CITY OF PORTERVILLE, et al.** | |
| **Defendants.** | |

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the Plaintiffs' MOTION FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF INCOMPETENT PLAINTIFFS' is granted.

Dated:

Honorable Judge Ana de Alba