STANLEY GOFF, Bar No. 289564
 15 Boardman Place, Suite 2
San Francisco, California 94103
Telephone: (415) 571-9570
Email: goffs@mail2world.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECILIA CHAVEZ**<br><br>**Plaintiff,**<br><br>v.<br><br>**CITY OF PORTERVILLE, et al.**<br><br>**Defendants.** | CASE NO.: 1:22-cv-00794-ADA-SKO<br><br>PLAINTIFFS' NOTICE OF SETTLEMENT |

TO THE HONORABLE COURT:

The parties in the above-titled action have entered into a settlement agreement to resolve this case and Plaintiffs will file a Notice of Voluntary Dismissal with prejudice when the agreed upon terms have been fully executed.

LAW OFFICE OF STANLEY GOFF

Dated: April 20, 2023         _____*/s/ STANLEY GOFF*____
                                              STANLEY GOFF
                                              Attorney for Plaintiff