Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@ohhlegal.com
Carolyn M. Aguilar, Esq. (SBN: 289550)
caguilar@ohhlegal.com
**ORBACH HUFF + HENDERSON LLP**
6200 Stoneridge Mall Road, Suite 225
Pleasanton, California 94588
Telephone:   (510) 999-7908
Facsimile:   (510) 999-7918

Attorneys for Defendants
CITY OF PORTERVILLE, PORTERVILLE POLICE OFFICERS E. MARTINEZ, ENRIQUE LARA, NATHAN BRAY, JUSTIN ELLESTAD and P. MEDINA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CECILIA CHAVEZ, A.H., a minor by and through her guardian ad litem CECILIA CHAVEZ, E.P., a minor by and through his guardian ad litem CECILIA CHAVEZ, M.M., a minor by and through his guardian ad litem CECILIA CHAVEZ and N.C., a minor by and through her guardian ad litem CECILIA CHAVEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF PORTERVILLE, PORTERVILLE POLICE OFFICERS E. MARTINEZ, ENRIQUE LARA, NATHAN BRAY, JUSTIN ELLESTAD, P. MEDINA, DACEY JONES and DOES 1-25,<br><br>Defendants. | Case No. 22-cv-00794-ADA-SKO<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF MINOR PLAINTIFFS' CLAIMS** |

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEY OF RECORD:

Pursuant to Local Rule 230(c), Defendants CITY OF PORTERVILLE, PORTERVILLE POLICE OFFICERS E. MARTINEZ, ENRIQUE LARA, NATHAN BRAY, JUSTIN ELLESTAD and P. MEDINA ("Defendants"), hereby respond to Plaintiffs' Administrative Motion for Approval of Settlement and Compromise of Minor Plaintiffs' Claims ("Motion"), confirming that they do not oppose Plaintiffs' Motion.

Dated:  April 24, 2023

Respectfully submitted,

**ORBACH HUFF + HENDERSON LLP**

By:  */s/ Kevin E. Gilbert*
Kevin E. Gilbert
Carolyn M. Aguilar
Attorneys for Defendants
CITY OF PORTERVILLE, PORTERVILLE POLICE OFFICERS E. MARTINEZ, ENRIQUE LARA, NATHAN BRAY, JUSTIN ELLESTAD and P. MEDINA